814

No. 82–1486. CHEVRON CHEMICAL CO. v. GILMORE, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 82–1600. GIBBONS, TRUSTEE OF THE PROPERTY OF CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. v. NATIONAL STEEL SERVICE CENTER, INC. C. A. 8th Cir. Certiorari denied.

No. 82–1607. BUNKFELDT BROADCASTING CORP. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 82–1635. LANIGAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–1636. BARNETT ET UX. v. FALVEY ET AL. Sup. Ct. Miss. Certiorari denied.

No. 82–1644. SWAIN v. LEHMAN, SECRETARY OF THE NAVY. C. A. D. C. Cir. Certiorari denied.

No. 82–1645. JULIUS GOLDMAN'S EGG CITY v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 82–1667. LEACH v. UNITED STATES POSTAL SERVICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–1670. CHITIMACHA TRIBE OF LOUISIANA ET AL. v. HARRY L. LAWS CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–1676. SOVEREIGN NEWS CO. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–1685. MULTISTATE LEGAL STUDIES, INC. v. LADD, REGISTER OF COPYRIGHTS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–1687. WUAGNEUX v. UNITED STATES. C. A. 11th Cir. Certiorari denied.